### JOHN W. DARR v. ELIZABETH W. DARR

16 So. (2nd) 293                                    January Term, 1944
January 18, 1944                                   Special Division A

*Nat L. Williams,* for appellant.

*W. O. Bozeman,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, CHAPMAN, and SEBRING, JJ., concur.